# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1987
Lower Tribunal No. 21-13469

————————————

**Plus It Up PR, LLC
and The Woodmont Group, Inc.,**
Appellants,

vs.

**Bam Vineyards, USA, LLC
d/b/a Vignobles Sullivan Import Co.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellants.

Damian | Valori | Culmo, and Melanie E. Damian and Patricia Baloyra, for appellees.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.